IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| HENRY BRISCOE, | § | |
| *Plaintiff,* | § | SA-18-CV-01199-JKP |
| vs. | § | |
| ST. MARY'S UNIVERSITY, | § | |
| *Defendant.* | § | |

## SECOND AMENDED SCHEDULING ORDER

Before the Court in the above-styled and numbered cause of action is the parties' Joint motion to Modify Scheduling Order [#26]. By their motion, the parties ask the Court to modify certain deadlines in the existing Scheduling Order. The Court will grant the motion.

**IT IS THEREFORE ORDERED** that the parties' Joint motion to Modify Scheduling Order [#26] is **GRANTED**.

**IT IS FURTHER ORDERED** that the following Amended Scheduling Order is entered to control the remainder of this case:

1. The parties shall complete all discovery on or before **Friday, June 26, 2020**. Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

2. All dispositive motions shall be filed no later than **Friday, August 7, 2020**. Dispositive motions as defined in Local Rule CV-7(h) and responses to dispositive motions shall be limited.

3. The parties shall mediate this case on or before **Friday, July 3, 2020**, unless the parties seek an order from the Court excusing them from mediation.

4. The District Court will set a pretrial conference and trial date after the close of discovery and after the Court has ruled on any dispositive motions.

SIGNED this 24th day of February, 2020.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE